# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LONNY FLAHARTY and
ELIZABETH FLAHARTY,

    Plaintiffs,

v.                          Case No.: 3:09-cv-499-RV-EMT

ALLSTATE INSURANCE COMPANY,
a foreign corporation, and CITIZENS
PROPERTY INSURANCE CORPORATION,
a Florida governmental entity,

    Defendants.
_____/

## ORDER

      The plaintiffs, Lonny Flaharty and Elizabeth Flaharty, husband and wife, brought this breach of contract action against their insurers, Allstate Insurance Company and Citizens Property Insurance Corporation, for damages to their residence and property caused by Hurricane Ivan. The litigation was originally filed in state court, after which Allstate removed the case to federal court. Citizens now moves to dismiss or sever the claim against it on the basis of Eleventh Amendment immunity (doc. 15). The plaintiffs agree and stipulate to their claim against Citizens being severed and returned to state court. Allstate has apparently not taken a position on the issue.

      In light of the stipulation between Citizens and the plaintiffs, and because the claim against Citizens raises Eleventh Amendment concerns, I will sever and remand the claim against Citizens to state court. *See, e.g., Citizens Property Ins. Corp. v. Poe Financial Group, Inc.,* 2008 WL 879041 (M.D. Fla. Mar. 28, 2008) (intimating, but not expressly holding, that Citizens has Eleventh Amendment immunity); *Smith v. Citizens Property Ins. Corp,* 4:08cv10041-JLK (S.D. Fla.) (doc. 18) (severing and remanding claims against Citizens to state court based on the parties' stipulation and Eleventh Amendment concerns). In doing so, I expressly decline to rule on whether the Eleventh Amendment

claim is meritorious.

It is thus ORDERED and ADJUDGED that Citizens' amended motion to dismiss or in the alternative motion to sever (doc. 15) is hereby GRANTED to the extent that it seeks severance and remand, but is otherwise denied. The claim against Citizens is severed and remanded to state court. The court shall retain jurisdiction over the claim against Allstate Insurance Company, and the case will continue as to that defendant.

DONE and ORDERED this 31st day of December, 2009.

*/s/ Roger Vinson*
ROGER VINSON
Senior United States District Judge